This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------

No. 222  SSM 31
The People &c.,
          Respondent,
        v.
Eugene Francis,
          Appellant.

Submitted by Andrew W. Sayegh, for appellant.
Submitted by Laurie Sapakoff, for respondent.

MEMORANDUM:

The order of the Appellate Division should be affirmed. Supreme Court had jurisdiction over the case when it corrected an error in a decision issued one day prior based on an objective fact and thereby reinstated certain counts of defendant's

- 1 -

indictment.  Accordingly, there is no basis to disturb the judgment entered upon defendant's guilty plea.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, in a memorandum.  Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.  Chief Judge DiFiore took no part.

Decided November 17, 2016